

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00047-CV

BBVA COMPASS INVESTMENT
SOLUTIONS, INC., PERSHING,
LLC, DORIS G. SILVA, KAREN L.
MCROBERTS, MARIO RAMOS,
AND DAVID S. NEEL, JR.

APPELLANTS

V.

EDWARD BROOKS AND GENEVA
BROOKS

APPELLEES

----------

## FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion to Sever and Dismiss Appeal of Pershing, LLC." It is the court's opinion that the motion should be granted. Therefore, we sever Pershing, LLC's appeal from the remainder of the appeal, and we dismiss the appeal of Pershing, LLC. *See* Tex. R. App. P. 42.1(a)(1), (b),

---

[1]*See* Tex. R. App. P. 47.4.

43.2(f). This case shall hereafter be styled "BBVA Compass Investment Solutions, Inc., Doris G. Silva, Karen L. McRoberts, Mario Ramos, and David S. Neel, Jr. v. Edward Brooks and Geneva Brooks."

Costs of the appeal between Pershing, LLC and Appellees shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL: GARDNER, DAUPHINOT, and WALKER, JJ.

DELIVERED: February 27, 2014